AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

Alberton, et al.

v.

City of New York

**APPEARANCE**

Case Number: 05-CV-7692

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs

I certify that I am admitted to practice in this court.

September 16, 2005
Date

*(signature)*
Signature

Carolyn Gail Goodwin          CG4747
Print Name                    Bar Number

35 Worth Street
Address

New York, New York 10013
City            State         Zip Code

(212) 226-2800            (212) 431-3614
Phone Number              Fax Number