AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Alberton et al.,
v.
City of New York, et al.,

Case Number: 05-Civ-7692

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs

I certify that I am admitted to practice in this court.

September 22, 2005
Date

*[Signature]*
Signature

Daniel L. Alterman DLA0454
Print Name Bar Number

Alterman & Boop LLP, 35 Worth Street
Address

New York, New York 10013
City State Zip Code

(212) 226-2800 (212) 431-3614
Phone Number Fax Number