

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nicholas Alberton, et al

              Plaintiff.

-v-

The City of New York, et al,

              Defendants.

Case No.

05-cv-7692 (KMK)(JCF)

ORDER
ECF

KENNETH M. KARAS, District Judge:

      The above-captioned case is hereby consolidated with 04 cv 7922, *Schiller v. City of New York*, for discovery purposes as related to the protest activity and arrests during the 2004 Republican National Convention and is referred to Magistrate Judge Francis for discovery.

Dated: September 29, 2005
New York, New York

                                    KENNETH M. KARAS
                                    UNITED STATES DISTRICT JUDGE

MICROFILM
OCT - 3 2005

Returned to chambers for scanning on 10/4/05 (MBF)
Scanned by chambers on _____.