UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Nicholas Alberton, et al
                               **Plaintiff.**

-v-

The City of New York, et al,

                               **Defendants.**

Case No.

05-cv-7692 (KMK)(JCF)

ORDER
ECF

KENNETH M. KARAS, District Judge:

      The above-captioned case is hereby consolidated with 04 cv 7922, *Schiller v. City of New York*, for discovery purposes as related to the protest activity and arrests during the 2004 Republican National Convention and is referred to Magistrate Judge Francis for discovery.

Dated: September 30, 2005
New York, New York

                                                        KENNETH M. KARAS
                                                        UNITED STATES DISTRICT JUDGE