**Empire Process Service, Inc.**
2920 Avenue R, Suite 311
Brooklyn, NY 11229
Tel.: (718) 449-5300

UNITED STATES SOUTHERN DISTRICT COURT

COUNTY OF DISTRICT OF NEW YORK

INDEX NO.: 05 CV 7692

NICHOLAS ALBERTON, GRIFFIN EPSTEIN, GABRIELLE LANG, JENNY ESQUIVEL AND JEFFREY MILLER

*Plaintiff(s)*

against

THE CITY OF NEW YORK, ET. AL.,

*Defendant(s)*

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF KINGS ss.:

HARRY TORRES being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in The State of New York

That on 11/02/05 1:38 PM at PATROL BOARD MANHATTAN NORTH TASK FORCE 24TH PCT 151 W. 100TH ST. NY, NY 10025 deponent served the within SUMMONS AND COMPLAINT bearing Index# 05 CV 7692 & filing date 08/31/05 on JAMES CONNOLLY defendant therein named,

**INDIVIDUAL** ☐ by delivering thereat a true copy of each to said defendant personally; deponent knew said person so served to be the person described as said defendant therein. (S)He identified (her) himself as such.

**CORPORATION** ☐ a , by delivering thereat a true copy of each to personally; deponent knew said so served to be the described as the named defendant and knew said individual to be the thereof.

**SUITABLE AGE PERSON** ☒ by delivering thereat a true copy of each to SGT. BROWN, BADGE# 1390 CO-WORKER a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant's actual place of business and the reply was affirmative.

**AFFIXING TO DOOR, ETC.** ☐ by affixing a true copy of each to the door of said premises, which is defendant's within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having verified defendant's with and having called there on

**MAILING** ☒ Mailed on 11/03/05 BY FIRST CLASS MAIL MAILED IN AN ENVELOPE MARKED PERSONAL & CONFIDENTIAL On 11/03/05 deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to defendant at defendant's actual place of business at PATROL BOARD MANHATTAN NORTH, 24TH PCT. 151 WEST 100TH STREET NEW YORK, NY 10025 and deposited said wrapper in a post office of the United States Postal Service within New York State.

**DESCRIPTION** Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 35 | 5'3 | 120 |

**USE IN NYC CIVIL CT.** ☐ Other identifying features:

The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).

**MILITARY SERVICE** ☒ I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or Federal statutes.

SWORN TO BEFORE ME ON 11/03/05

TARA M. MAROLLA
NOTARY PUBLIC, State of New York
No. 01MA5035821
Qualified in Richmond County
Commission Expires November 14, 2006

BRUCE ANGLIN
NOTARY PUBLIC, State of New York
No. 01AN4988753
Qualified in Kings County
Commission Expires November 18, _____

HARRY TORRES

915257
LICENSE NO. _____