



**MEMO ENDORSED**

NOV 2 5 2005

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JED M. WEISS**
*Assistant Corporation Counsel*
jweiss@law.nyc.gov
(212) 788-0786
(212) 788-9776 (fax)

November 22, 2005

**BY HAND**
Honorable James C. Francis, IV
United States Magistrate Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/28/05
```

Re:    Albertson v. City of New York, et al.
       05-CV-7692

Dear Judge Francis:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for Defendants City of New York, the New York City Police Department, Michael Bloomberg, Joseph Esposito, Raymond Kelly, John Colgan, Thomas Graham, Bruce Smolka, Terrence Monahan, Tyree Fisher, and Victor Lebron. For the reasons set forth herein, and without appearing or making any representations on their behalf, I write to respectfully request a 30 day enlargement of time, to and including December 22, 2005, to answer or otherwise respond to the complaint on behalf of defendants Denise Rose-Hinksman and James Connolly. Plaintiff's counsel consents to this request.

On November 21, 2005, this office interposed an Answer to the Complaint on behalf of 11 of the 13 named defendants. It has come to my attention that after the original 11 defendants were served with process, two additional defendants, Denise Rose-Hinksman and James Connolly, were served with process on November 2, 2005. I have not yet had the opportunity to meet with these defendants and determine whether this office can represent them in this matter. This additional time will give this office the opportunity to make a representation decision regarding defendants Denise Rose-Hinksman and James Connolly, and Answer on their behalf if appropriate.

Accordingly, I respectfully request a 30 day enlargement of time, to and including December 22, 2005, to answer or otherwise respond to the complaint on behalf of defendants Denise Rose-Hinksman and James Connolly.

Thank you.

Respectfully submitted,

*[signature]*

Jed M. Weiss (JW 5293)
Assistant Corporation Counsel

cc: Carolyn Goodwin, Esq., Attorney for Plaintiffs (via facsimile)

11/28/05
Application granted.
SO ORDERED.
James C. Francis IV
USMJ