UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- x
NICHOLAS ALBERTSON, GRIFFIN EPSTEIN,
GABRIELLE LANG, JENNY ESQUIVEL, AND
JEFFREY MILLER,

                    Plaintiffs,

    -versus-                                            05 CV 7692 (KMK) (JCF)

THE CITY OF NEW YORK, et al.

                    Defendants.
----------------------------------------------------------------------- x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Gerald S. Smith hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for Defendant the City of New York effective this date. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated: New York, New York
       April 10, 2006

                                    MICHAEL A. CARDOZO
                                    Corporation Counsel of the City of New York
                                    *Counsel Defendants*

                                    By:             /s/
                                            Gerald S. Smith (GS 9911)
                                            Special Assistant Corporation Counsel
                                            Special Federal Litigation
                                            100 Church Street
                                            New York, New York 10007
                                            212-513-7927(direct)
                                            212-788-9776 (fax)

cc: All Parties (by ECF)