UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

NICHOLAS ALBERTON,

                                Plaintiff,

           -against-

THE CITY OF NEW YORK et al.,

                            Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

05 CV 7692 (KMK)(JCF)

This document has been electronically filed.

      **PLEASE TAKE NOTICE** that **Curt P. Beck**, **Esq.**, Special Assistant Corporation Counsel, should be substituted for Jed Weiss as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant The City of New York, effective April 11, 2006.

Dated: New York, New York
       April 11, 2006

                                MICHAEL A. CARDOZO
                                Corporation Counsel of the City of New York
                                Attorney for Defendant City of New York
                                100 Church Street
                                Room 3-187
                                New York, New York 10007
                                (212) 676-1395

                                By: _____
                                    Curt P. Beck (CB 1766)
                                    Special Assistant Corporation Counsel