UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ALBERTSON ET AL.                                05-CV-7692 (KMK)(JCF)

              Plaintiffs,                **NOTICE OF APPEARANCE**

    - against -


CITY OF NEW YORK ET AL.

              Defendants.
-------------------------------------------------------X

PLEASE TAKE NOTICE that the undersigned hereby appears for all Plaintiffs herein
(Jennifer Esquivel, Jeffrey Miller, Nicholas Albertson, Gabrielle Lang, and Griffin
Epstein), demands that you serve all papers in this case on the undersigned at the address
provided below.

Dated:  New York, New York
        July 24, 2007

                               Yours etc.,

                               ALTERMAN & BOOP, P.C.

                               MATTHEW S. PORGES (MP-5826)
                               35 Worth Street
                               New York, New York 10013
                               (212) 226-2800 (Phone)
                               (212) 431-3614 (Facsimile)
                               mporges@altermanboop.com