**Alterman & Boop LLP**

35 Worth Street
New York, New York
10013-2935
212-226-2800
Fax: 212-431-3614

**Daniel L. Alterman**
**Arlene F. Boop**

Daniela E. Nanau
Matthew S. Porges

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/07
```

Writer's email: mporges@altermanboop.com

October 24, 2007

**VIA FACSIMILE**

Honorable James C. Francis IV
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: Albertson et al., v. The City of New York et al.,
       05-CV-7692 (RJS)(JCF)

Dear Judge Francis:

  This firm represents all Plaintiffs in the above-referenced RNC case. I write regarding the October 22, 2007 letters from counsel to the Court.

  In my letter of October 22, 2007, I respectfully requested that the Court order that Detective Victor Lebron be ordered to appear for a deposition on November 9, 2007. Since then, Assistant Corporation Counsel Gerald Smith has conferred with me regarding a new date for Detective Lebron's adjourned deposition. The parties have agreed that the deposition of Detective Lebron will take place on November 16, 2007.

  In order to avoid future judicial intervention and to resolve Plaintiffs' October 22, 2007 application, Plaintiffs respectfully request that the Court so order that:

> **Detective Victor Lebron shall be produced for a deposition at Alterman & Boop, LLP, 35 Worth Street, New York, New York 10013 on November 16, 2007, starting at 10:00 a.m.**

The Honorable James C. Francis
October 24, 2007
Page 2 of 2

    Mr. Smith informs me that Defendants do not object this application to have the adjourned deposition date so ordered.

Respectfully submitted,

ALTERMAN & BOOP LLP

By: _____
MATTHEW S. PORGES (MP-5826)

cc:    Gerald Smith, Esq. (via email)
        RNC Distribution List (via email)

10/26/07
Application granted. No costs.
SO ORDERED.
James C. Francis IV

2