Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

NICHOLAS ALBERTSON, GRIFFIN EPSTEIN,
GABRIELLE LANG, JENNY ESQUIVEL, AND
JEFFREY MILLER,

          Plaintiffs,

  -against-

THE CITY OF NEW YORK, a municipal entity, NEW
YORK CITY POLICE DEPARTMENT, MICHAEL
BLOOMBERG, Mayor of the City of New York, JOSEPH
ESPOSITO, Chief of the New York City Police
Department, RAYMOND KELLY, New York City Police
Commissioner, JOHN J. COLGAN, Deputy Chief and
Commanding Officer at the Pier #57 Detention Facility,
THOMAS GRAHAM, Commanding Officer of the Ne
York City Police Department Disorders Control Unit,
BRUCE SMOLKA, Assistant Chief in the New York City
Police Department and in Patrol Borough Manhattan
South, and TERRENCE MONAHAN, Assistant Chief in
the New York City Police Department, and the Chief of the
Bronx Borough Command; NEW YORK CITY POLICE
SUPERVISORS AND COMMANDERS "RICHARD
ROES", NEW YORK CITY POLICE OFFICERS "JOHN
DOES" and "SALLY ROES"; NEW YORK CITY
POLICE OFFICER JAMES CONNOLLY, NEW YORK
CITY POLICE OFFICER DENISE ROSE-HINKSMAN,
NEW YORK CITY POLICE OFFICER TYREE FISHER;
NEW YORK CITY POLICE DETECTIVE VICTOR
LEBRON, individually and in their official capacities,
jointly and severally,

          Defendants.

-------------------------------------------------------------- x

STIPULATION AND ORDER
OF SETTLEMENT AND
DISCONTINUANCE

05 CV 7692 (RJS) (JCF)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08
```

  **WHEREAS**, plaintiffs Nicholas Albertson, Griffin Epstein, Gabrielle Lang, Jenny Esquivel, and Jeffrey Miller ("Plaintiffs") commenced this action in the Southern District

of New York by filing a complaint on or about August 31, 2005, alleging that defendants violated Plaintiffs' civil and common law rights (the "Complaint"); and

**WHEREAS**, this action is one of many related actions stemming from activities during the 2004 Republican National Convention in New York City and consolidated for discovery before Magistrate Judge James C. Francis IV and pending before District Judge Richard J. Sullivan (the "RNC Cases"); and

**WHEREAS**, Defendants The City Of New York, New York City Police Department, Michael Bloomberg, Joseph Esposito, Raymond Kelly, John J. Colgan, Thomas Graham, Bruce Smolka, Terrence Monahan, New York City Police Supervisors and Commanders "Richard Roes," New York City Police Officers "John Does" and "Sally Roes," New York City Police Officer James Connolly, New York City Police Officer Denise Rose-Hinksman, New York City Police officer Tyree Fisher; and Detective Victor Lebron ("Defendants") have denied any and all liability arising out of Plaintiff's allegations; and

**WHEREAS**, Plaintiffs and Defendants now desire to resolve the issues raised in this litigation, including the issue of attorney's fees, without further proceedings and without admitting any fault or liability; and

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. The action by Plaintiffs is dismissed with prejudice and without costs, expenses or fees except as provided in paragraph "2" below.

2. The City of New York hereby agrees to pay Plaintiffs the following sums, in full satisfaction of their claims, including all claims for costs, expenses, attorney's fees and interest:

- Nicholas Albertson – Twelve Thousand Five Hundred Dollars ($12,500.00)
- Gabrielle Lang – Fifteen Thousand Dollars ($15,000.00)
- Griffin Epstein – Fifteen Thousand Dollars ($15,000.00)
- Jenny Esquivel – Ten Thousand Dollars ($10,000.00)
- Jeffrey Miller – Twelve Thousand Five Hundred Dollars ($12,500.00)

3. In consideration for the payment of the sums listed in paragraph "2", above, Plaintiffs agree to the dismissal, with prejudice, of all claims against all named defendants, including Defendants The City Of New York, New York City Police Department, Michael Bloomberg, Joseph Esposito, Raymond Kelly, John J. Colgan, Thomas Graham, Bruce Smolka, Terrence Monahan, New York City Police Supervisors and Commanders "Richard Roes," New York City Police Officers "John Does" and "Sally Roes," New York City Police Officer James Connolly, New York City Police Officer Denise Rose-Hinksman, New York City Police officer Tyree Fisher; and Detective Victor Lebron, The Hudson River Park Trust; and the New York City Health and Hospitals Corporation; from any and all liability, claims or rights of action arising from, contained in, or related to the Complaint in this action, which were or could have been alleged by Plaintiffs, including all claims for attorney's fees, expenses, costs and interest.

4. Plaintiffs shall each execute and deliver to defendants' attorneys all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraphs "2-3" above and an Affidavit of No Liens.

5. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way performed the acts or omissions alleged in the Complaint herein or that defendants violated Plaintiffs' rights, or the rights of any other person

or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

6. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or the New York City Police Department.

7. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated:   New York, New York
         June ___, 2008

Alterman & Boop, LLP
Attorneys for Plaintiffs
35 Worth Street
New York, New York 10013
212-226-2800

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Defendants
100 Church Street
New York, New York 10007
212-513-7927

By: _____
     Daniel L. Alterman, Esq.

By: _____
     Gerald S. Smith
     Senior Counsel

SO ORDERED
Dated: 7/1/08
RICHARD J. SULLIVAN
U.S.D.J.